UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH CARVER,

          Plaintiff,

      v.

HENRY RICHARDS *et al.*,

          Defendants.

Case No.  C04-5495FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends that this matter be dismissed without prejudice for the reason that Plaintiff has not complied with the Order requiring him to submit service documents, including copies of the complaint.  Instead of complying, he has filed other motions and has tried to have the clerk's office issue summons.  Plaintiff objects to the Report and Recommendation contending that Special Commitment Center residents perform their own service of SCC residents.  The Plaintiff's objections are not well taken.

The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the courts order to provide service documents.

(3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 16th day of May 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1